*11089446*
*3/4/10*
*50.63* bb

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-01-10

CASE: Barbara D. Johnson

DOCKET #: 05-92813-K

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

(✓) Other  Check issued not cashed ~ 90 days
P/c 3 Kaufmann's
POB 66595
St. Louis, MO 64166



FILED
MAR - 4 2010
BANKRUPTCY COURT
BUFFALO, N.Y.